UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS J. DALE, | ) |
|        *Plaintiff*, | ) CASE NO.   2:14-cv-01936-BJR |
| v. | ) |
| | ) ORDER REVERSING AND |
| | ) REMANDING CASE FOR FURTHER |
| | ) ADMINISTRATIVE PROCEEDINGS |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) |
|        *Defendant*. | ) |

The Court, having reviewed the complaint, the briefs of the parties, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remainder of the record, does hereby find and order:

(1) The Court adopts the Report and Recommendation;

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings;

(3) On remand, the Administrative Law Judge shall, as detailed in the Report and Recommendation, reevaluate the medical opinions of Drs. Hellekson, Cavanee, and

Sanchez, shall reevaluate the severity of Plaintiff's alleged personality disorder at step two and, if necessary, further develop the record and reevaluate steps three through five of the evaluation process;

(4)   The Clerk of the Court is respectfully directed to send copies of this Order to Plaintiff, Defendant, and to Judge Tsuchida.

**IT IS SO ORDERED.**

DATED this 9th day of September, 2015.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE